# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: § | |
| § | |
| HARPER, WILLIAM LARRY § | Case No. 09-15589 RLM |
| HARPER, VALERIE JEAN § | |
| § | |
| Debtor(s) § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JENICE GOLSON-DUNLAP, ESQUIRE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 30,275.00                Assets Exempt: 20,275.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  861.85       Claims Discharged
                                                Without Payment:  43,384.22

Total Expenses of Administration:  309.78

---

3) Total gross receipts of $ 1,275.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 103.74 (see **Exhibit 2**), yielded net receipts of $ 1,171.63 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 81,579.00 | $ 10,513.20 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 309.78 | 309.78 | 309.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,945.00 | 12,949.07 | 12,949.07 | 861.85 |
| **TOTAL DISBURSEMENTS** | $ 112,524.00 | $ 23,772.05 | $ 13,258.85 | $ 1,171.63 |

4) This case was originally filed under chapter 7 on 10/22/2009. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2012     By: /s/JENICE GOLSON-DUNLAP, ESQUIRE
JENICE GOLSON-DUNLAP, ESQUIRE
JENICE GOLSON-DUNLAP, P.C.
CHAPTER 7 TRUSTEE
1 N. PENNSYLVANIA ST., SUITE 1050
INDIANAPOLIS, IN 46204
Phone: (317) 263-3580
Fax: (317) 663-2898
Email: jgolson-dunlap@epiqtrustee.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FEDERAL TAX REFUND | 1224-000 | 1,275.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.37 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,275.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WILLIAM LARRY HARPER | Non-Estate Funds Paid to Third Parties | 8500-002 | 51.87 |
| VALERIE JEAN HARPER | Non-Estate Funds Paid to Third Parties | 8500-002 | 51.87 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 103.74** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Americredit Attn: Bankruptcy Dept. 801 Cherry St Ste 3900 Fort Worth TX 76102 | | 11,205.00 | NA | NA | 0.00 |
| | 2 Countrywide Home Loans Attn: Bankruptcy Dept. 450 American St Simi Valley CA 93065 | | 70,374.00 | NA | NA | 0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES, INC | 4210-000 | NA | 10,513.20 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 81,579.00 | $ 10,513.20 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENICE GOLSON-DUNLAP, TRUSEE | 2100-000 | NA | 292.91 | 292.91 | 292.91 |
| JENICE GOLSON-DUNLAP, TRUSEE | 2200-000 | NA | 16.87 | 16.87 | 16.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 309.78 | $ 309.78 | $ 309.78 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Marion County Child Support Attn: Bankruptcy Dept. 129 E Market St Indianapolis IN 46204 | | 0.00 | NA | NA | 0.00 |
| | Angela Mann 11713 Holland Drive Fishers IN 46038 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | 1,897.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Medical Payment DATA Attn: Bankruptcy Dept. PO Box 9500 Wilkes Barre PA 18773 | | 7,445.00 | NA | NA | 0.00 |
| | 11 Medical Payment DATA Attn: Bankruptcy Dept. PO Box 9500 Wilkes Barre PA 18773 | | 990.00 | NA | NA | 0.00 |
| | 12 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | 7,191.00 | NA | NA | 0.00 |
| | 13 T-Mobile Bankruptcy Department PO Box 742596 Cincinnati OH 45274-2596 | | 1,100.00 | NA | NA | 0.00 |
| | 14 TransUnion Attn: Bankruptcy Dept. P.O. Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 2 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | 3,144.00 | NA | NA | 0.00 |
| | 3 Discover Financial Bankruptcy Department PO Box 15251 Wilmington DE 19886-5251 | | 3,100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4 Equifax Attn: Bankruptcy Dept. P.O. Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 5 Experian Attn: Bankruptcy Dept. P.O. Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | 6 HSBC BANK Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | 3,549.00 | NA | NA | 0.00 |
| | 7 HSBC/Bsbuy Attn: Bankruptcy Dept. Po Box 15519 Wilmington DE 19850 | | 904.00 | NA | NA | 0.00 |
| | 8 IMC Credit Services Attn: Bankruptcy Dept. 7400 N Shadeland Ave Ste Indianapolis IN 46250 | | 505.00 | NA | NA | 0.00 |
| | 9 Medical Payment DATA Attn: Bankruptcy Dept. PO Box 9500 Wilkes Barre PA 18773 | | 1,120.00 | NA | NA | 0.00 |
| | Weltman, Weinberg & Reis Co. Bankruptcy Department 180 N. LaSalle St., Ste. 2400 Chicago IL 60601 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 1,032.30 | 1,032.30 | 68.71 |
| 2 | CHASE BANK USA, N.A. | 7100-000 | NA | 3,909.14 | 3,909.14 | 260.18 |
| 3 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 8,007.63 | 8,007.63 | 532.96 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 30,945.00 | $ 12,949.07 | $ 12,949.07 | $ 861.85 |

FORM 1

Page: 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 09-15589 | RLM | Judge: ROBYN L. MOBERLY | Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
|---|---|---|---|---|---|
| Case Name: | HARPER, WILLIAM LARRY | | | Date Filed (f) or Converted (c): | 10/22/09 (f) |
| | HARPER, VALERIE JEAN | | | 341(a) Meeting Date: | 12/02/09 |
| For Period Ending: | 11/08/12 | | | Claims Bar Date: | 05/04/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1942 North Linwood; Indianapolis, IN 46219; Debtor | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Checking account with National City | 300.00 | 0.00 | OA | 0.00 | FA |
| 3. Household goods; TV, VCR, stereo, sofa, vacuum, ta | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | OA | 0.00 | FA |
| 5. Necessary wearing apparel. | 100.00 | 0.00 | OA | 0.00 | FA |
| 6. Earrings, watch, costume jewelry, wedding rings | 200.00 | 0.00 | OA | 0.00 | FA |
| 7. Shotgun and Smith & Wesson handgun | 200.00 | 0.00 | OA | 0.00 | FA |
| 8. Americredit - 2003 Pontiac Grand Prix with 70,000 | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 9. 1994 Pontiac Grand Prix with 160,000 miles. Paid i | 250.00 | 0.00 | OA | 0.00 | FA |
| 10. 1991 Pontiac Trans Sport Minivan with 140,000 mile | 175.00 | 0.00 | OA | 0.00 | FA |
| 11. Mechanic's tools. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 12. Family Pets/Animals. 1 cat and 1 dog. | 0.00 | 0.00 | OA | 0.00 | FA |
| 13. FEDERAL TAX REFUND (u) 2009 Federal Tax Refund | Unknown | 1,032.75 | | 1,275.00 | FA |
| 14. STATE TAX REFUND (u) 2009 State Tax Refund | Unknown | 138.51 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.37 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $30,275.00   $1,171.26   $1,275.37   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtors filed notice of change of address on next day after Trustee filed Notice of Unclaimed funds for $103.74.

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 17.00b

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 09-15589   RLM   Judge: ROBYN L. MOBERLY |
| Case Name: | HARPER, WILLIAM LARRY |
| | HARPER, VALERIE JEAN |

| | |
|---|---|
| Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
| Date Filed (f) or Converted (c): | 10/22/09 (f) |
| 341(a) Meeting Date: | 12/02/09 |
| Claims Bar Date: | 05/04/10 |

One-half of proceeds due debtors from partial year 2010 tax refunds disbursed to debtor husband at address listed on notice of change of address.  Remaining one-half disbursed to debtor-wife at different address filed with clerk on 7/25/12.

Unclaimed dividend check paid to court.  TDR will be submitted to OUST once check clears and bank statement evidencing $0 balance is received.

Omnibus objection to claims has been filed and TFR will be submitted to OUST once order is entered.

Assets are 2009 partial year tax refunds.  Federal refund check recently received from IRS but returns have not been received from debtors.

Initial Projected Date of Final Report (TFR): 10/22/11          Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-15589 -RLM | | Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
|---|---|---|---|---|
| Case Name: | HARPER, WILLIAM LARRY | | Bank Name: | BANK OF AMERICA |
| | HARPER, VALERIE JEAN | | Account Number / CD #: | *******8395 BofA Money Market Account |
| Taxpayer ID No: | *******9008 | | | |
| For Period Ending: | 11/08/12 | | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  05/17/10 | 13 | UNITED STATES TREASURY AUSTIN TEXAS | FEDERAL TAX REFUND | 1224-000 | 1,275.00 | | 1,275.00 |
| C  05/28/10 | INT | BANK OF AMERICA | Interest Rate  0.040 | 1270-000 | 0.01 | | 1,275.01 |
| C  06/30/10 | INT | BANK OF AMERICA | Interest Rate  0.040 | 1270-000 | 0.05 | | 1,275.06 |
| C  07/30/10 | INT | BANK OF AMERICA | Interest Rate  0.040 | 1270-000 | 0.04 | | 1,275.10 |
| C  08/31/10 | INT | BANK OF AMERICA | Interest Rate  0.040 | 1270-000 | 0.04 | | 1,275.14 |
| C  09/30/10 | INT | BANK OF AMERICA | Interest Rate  0.040 | 1270-000 | 0.04 | | 1,275.18 |
| C  10/29/10 | INT | BANK OF AMERICA | Interest Rate  0.040 | 1270-000 | 0.04 | | 1,275.22 |
| C  11/30/10 | INT | BANK OF AMERICA | Interest Rate  0.040 | 1270-000 | 0.04 | | 1,275.26 |
| C  12/31/10 | INT | BANK OF AMERICA | Interest Rate  0.040 | 1270-000 | 0.04 | | 1,275.30 |
| C  01/31/11 | INT | BANK OF AMERICA | Interest Rate  0.040 | 1270-000 | 0.04 | | 1,275.34 |
| C  02/28/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,275.35 |
| C  03/31/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,275.36 |
| C  04/25/11 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,275.37 |
| C t  04/25/11 | | Transfer to Acct #*******0544 | Final Posting Transfer | 9999-000 | | 1,275.37 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******8395 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | | 1,275.00 | 0 | Checks | 0.00 |
| 12 | Interest Postings | | 0.37 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 1,275.37 |
| | Subtotal | $ | 1,275.37 | | | |
| 0 | Adjustments In | | 0.00 | | Total | $ 1,275.37 |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 1,275.37 | | | |

LFORM2T4   UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-15589 -RLM | Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
|---|---|---|---|
| Case Name: | HARPER, WILLIAM LARRY | Bank Name: | BANK OF AMERICA |
| | HARPER, VALERIE JEAN | Account Number / CD #: | *******0544  BofA Checking Account |
| Taxpayer ID No: | *******9008 | | |
| For Period Ending: | 11/08/12 | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  04/25/11 | | Transfer from Acct #*******8395 | Transfer In From MMA Account | 9999-000 | 1,275.37 | | 1,275.37 |
| * C  08/08/11 | 000101 | WILLIAM LARRY HARPER<br>VALERIE JEAN HARPER<br>11790 Garden Cir W<br>Fishers, IN  46038 | NONE ESTATE FUNDS PAID 3RD PARTIES<br>Proceeds due debtors from partial year 2010 tax refunds. | 8500-003 | | 103.74 | 1,171.63 |
| C  12/06/11 | 000102 | JENICE GOLSON-DUNLAP, TRUSEE<br>1 N. PENNSYLVANIA ST., SUITE 1050<br>INDIANAPOLIS, IN  46204 | Chapter 7 Compensation/Expense | | | 309.78 | 861.85 |
| | | | Fees            292.91 | 2100-000 | | | |
| | | | Expenses         16.87 | 2200-000 | | | |
| C  12/06/11 | 000103 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 2, Payment 6.65568%<br>ACCOUNT NUMBER 7344<br>Credit Card | 7100-000 | | 260.18 | 601.67 |
| C  12/06/11 | 000104 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of Citibank - SEARS GOLD MAS<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 3, Payment 6.65565%<br>ACCOUNT NUMBER 8309<br>Goods sold; Revolving Credit Line | 7100-000 | | 532.96 | 68.71 |
| C  12/06/11 | 000105 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim 4, Payment 6.65601%<br>ACCOUNT NUMBER 5551<br>Goods sold and Services Rendered | 7100-000 | | 68.71 | 0.00 |
| * C  07/25/12 | 000101 | WILLIAM LARRY HARPER<br>VALERIE JEAN HARPER<br>11790 Garden Cir W<br>Fishers, IN  46038 | NONE ESTATE FUNDS PAID 3RD PARTIES<br>Unclaimed dividends to the court. | 8500-003 | | -103.74 | 103.74 |
| * C  07/25/12 | 000106 | Clerk, United States Bankruptcy Court<br>46 East Ohio Street<br>Indianapolis, IN 46204 | NONE ESTATE FUNDS PAID 3RD PARTIES<br>Non-estate funds paid to debtors from 2009 tax refunds.<br>Check was not cashed within 90 days and is now | 8500-003 | | 103.74 | 0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 09-15589 -RLM | Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
|---|---|---|---|
| Case Name: | HARPER, WILLIAM LARRY | Bank Name: | BANK OF AMERICA |
| | HARPER, VALERIE JEAN | Account Number / CD #: | *******0544  BofA Checking Account |
| Taxpayer ID No: | *******9008 | | |
| For Period Ending: | 11/08/12 | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Trans. Date | Check/Ref | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | stale. Non-estate funds paid to debtors from 2009 tax refunds. Check was not cashed within 90 days and is now stale. | | | | |
| * C  07/26/12 | 000106 | Clerk, United States Bankruptcy Court<br>46  East Ohio Street<br>Indianapolis, IN 46204 | NONE ESTATE FUNDS PAID 3RD PARTIES<br>On same day as Trustee reversed check & cut check to remit funds to court, Trustee discovered from ECF Summary that debtors filed a change of address.  Debtors have different address so Trustee is cutting checks for 50% to each. | 8500-003 | | -103.74 | 103.74 |
| C  07/26/12 | 000107 | WILLIAM LARRY HARPER<br>5288 EAST PLEASANT RUN PARKWAY N.<br>INDIANAPOLIS, IN  46219 | NONE ESTATE FUNDS PAID 3RD PARTIES<br>one-half of proceeds due debtors from partial year 2010 tax refunds.  Remaining one-half disbursed to debtor-wife at address filed with clerk on 7/25/12. | 8500-002 | | 51.87 | 51.87 |
| C  07/26/12 | 000108 | VALERIE JEAN HARPER<br>931 N.  LELAND AVE.<br>INDIANAPOLIS, IN  46219 | NONE ESTATE FUNDS PAID 3RD PARTIES<br>One-half of proceeds due debtors from partial year 2010 tax refunds.  Remaining one-half disbursed to debtor-husband at address filed with clerk on 7/25/12. | 8500-002 | | 51.87 | 0.00 |

Page: 4

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 09-15589 -RLM | Trustee Name: JENICE GOLSON-DUNLAP, ESQUIRE |
| Case Name: HARPER, WILLIAM LARRY | Bank Name: BANK OF AMERICA |
| HARPER, VALERIE JEAN | Account Number / CD #: *******0544  BofA Checking Account |
| Taxpayer ID No: *******9008 | |
| For Period Ending: 11/08/12 | Blanket Bond (per case limit): $ 74,147,352.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t  Funds Transfer
C  Bank Cleared

Account *******0544

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 10 | Checks | 1,275.37 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 1,275.37 |
| 1 | Transfers In | 1,275.37 | | | |
| | Total | $ 1,275.37 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 1,275.00 | 10 | Checks | 1,275.37 |
| 12 | Interest Postings | 0.37 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 1,275.37 |
| | Subtotal | $ 1,275.37 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 2,550.74 |
| 1 | Transfers In | 1,275.37 | | | |
| | Total | $ 2,550.74 | | Net Total Balance | $ 0.00 |